UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| SUSAN W. VAUGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| v. ) | **CIVIL CASE** |
| ) | **CASE NO. 2:21-CV-42-D** |
| KATHLYN S. ROMM, RAY MATUSKO, ) | |
| COURTNER HULL, and MEADER W. ) | |
| HARRISS, III, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 8] are OVERRULED and the court DISMISSES plaintiff's complaint as frivolous for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on June 27, 2022, and Copies To:**

Susan W. Vaughan                                (Sent to 1417 19th Street Greensboro, NC 27405 via US Mail)

Christopher J. Geis                              (via CM/ECF electronic notification)

DATE:                                            PETER A. MOORE, JR., CLERK

June 27, 2022                                    (By) /s/ Nicole Sellers
                                                      Deputy Clerk