IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:21-CV-42-D

| | |
|---|---|
| SUSAN W. VAUGHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| KATHLYN S. ROMM, et al., ) | |
| ) | |
| Defendants. ) | |

On June 27, 2022, the court dismissed plaintiff Susan W. Vaughan's complaint as frivolous and closed the case. See [D.E. 9, 11]. On July 7, 2022, Vaughan filed a notice of appeal [D.E. 12]. On July 27, 2022, Vaughan filed a motion for relief from judgment Rule 60(b)(1) and request to amend [D.E. 15]. On August 19, 2022, Vaughan filed a motion to correct error [D.E. 16]. The court lacks jurisdiction to consider the motions. See Griggs v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982) (per curiam); Dickson v. United States, 710 F. App'x 608, 609–10 (4th Cir. 2018) (per curiam) (unpublished); Clark v. Cartledge, 829 F.3d 303, 305 (4th Cir. 2016); Doe v. Pub. Citizen, 749 F.3d 246, 258 (4th Cir. 2014). Thus, the court DISMISSES the motions [D.E. 15, 16] without prejudice.

SO ORDERED. This 14 day of September, 2022.

JAMES C. DEVER III
United States District Judge